**LAW OFFICES OF DALE K GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELE SHIREY; and DESTINY SHIREY,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF RIVERSIDE; MARTIN HUIZAR; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:25-cv-01541-DMG-E<br>*Hon. Dolly M. Gee*<br>*Hon. Mag. Judge Charles F. Eick*<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of the Complaint, Summons, and other documents on Defendant MARTIN HUIZAR (attached hereto as Exhibit "A").

DATED: June 27, 2025

                                        LAW OFFICES OF DALE K. GALIPO

                                 By:   */s / Dale K. Galipo*
                                    Dale K. Galipo Attorney for Plaintiffs

# Exhibit A

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Dale K. Galipo (SBN 144074) <br> Benjamin S. Levine (SBN 342060) <br> LAW OFFICES OF DALE K. GALIPO <br> 21800 Burbank Boulevard, Suite 310   Woodland Hills, CA 91367 <br> TELEPHONE NO.: (818) 347-3333 | FAX NO. | E-MAIL ADDRESS dalekgalipo@yahoo.com; blevine@galipolaw.com <br> ATTORNEY FOR *(Name)*: Plaintiffs | FOR COURT USE ONLY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
   STREET ADDRESS:
   CITY AND ZIP CODE:
   BRANCH NAME: FOR THE CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: ADELE SHIREY; et al
DEFENDANT/RESPONDENT: COUNTY OF RIVERSIDE; et al

| | |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | CASE NUMBER: <br> 5:25-cv-1541-DMG (Ex) <br> Ref. No. or File No.: <br> 2462366M |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **SUMMONS FILED JUNE 23, 2025; SUMMONS FILED JUNE 20, 2025; CIVIL COVER SHEET; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGESL; CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
3. a. Party served *(specify name of party as shown on documents served):*
   **MARTIN HUIZAR**
   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Kate Flores, Clerk of the Board Assistant, authorized person to accept service of process on behalf of Martin Huizar**
4. Address where the party was served: **4080 Lemon Street**
   **Riverside, CA 92501**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **6/25/2025**   (2) at *(time):* **1:22 PM**
   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*    **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/2462366

Plaintiff: **ADELE SHIREY; et al**

Defendant: **COUNTY OF RIVERSIDE; et al**

CASE NUMBER: **5:25-cv-1541-DMG (Ex)**

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date)*:                    (2) from *(city)*:
  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☑ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify)*: **MARTIN HUIZAR**
    under the following Code of Civil Procedure section:
    ☐ 416.10 (corporation)          ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)  ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)        ☐ 415.46 (occupant)
                                    ☐ other: **FRCP 4(e)(2)(A)**

7. **Person who served papers**
  a. Name: **Justin McIntosh - Ace Attorney Service, Inc.**
  b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**
  c. Telephone number: **(213) 623-3979**
  d. **The fee** for service was: **$ 94.74**
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
      (i) ☐ owner  ☑ employee  ☐ independent contractor.
      (ii) Registration No.: **3006**
      (iii) County: **ORANGE**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
  or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **6/27/2025**

_____
**Justin McIntosh**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(Signature - Per CC §1633.7)*