**LAW OFFICES OF DALE K GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELE SHIREY; and DESTINY SHIREY,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF RIVERSIDE; MARTIN HUIZAR; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:25-cv-01541-DMG-E<br>*Hon. Dolly M. Gee*<br>*Hon. Mag. Judge Charles F. Eick*<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of the Complaint, Summons, and other documents on Defendant COUNTY OF RIVERSIDE (attached hereto as Exhibit "A").

DATED: June 27, 2025

LAW OFFICES OF DALE K. GALIPO

By: */s / Dale K. Galipo*
Dale K. Galipo Attorney for Plaintiffs

1
PROOF OF SERVICE OF SUMMONS AND COMPLAINT

# Exhibit A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Dale K. Galipo (SBN 144074)<br>Benjamin S. Levine (SBN 342060)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310   Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 | FAX NO. | E-MAIL ADDRESS dalekgalipo@yahoo.com; blevine@galipolaw.com<br>ATTORNEY FOR *(Name)*: Plaintiffs | |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME: FOR THE CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: ADELE SHIREY; et al
DEFENDANT/RESPONDENT: COUNTY OF RIVERSIDE; et al

CASE NUMBER: 5:25-cv-1541-DMG (Ex)

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 2462363M

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **SUMMONS FILED JUNE 23, 2025; SUMMONS FILED JUNE 20, 2025; CIVIL COVER SHEET; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGESL; CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
3. a. Party served *(specify name of party as shown on documents served)*:
   **COUNTY OF RIVERSIDE**
   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Kate Flores, Clerk of the Board Assistant, authorized person to accept service of process**
4. Address where the party was served: **4080 Lemon Street, Riverside, CA 92501**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **6/25/2025**   (2) at *(time)*: **1:22 PM**
   b. ☐ **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:   from *(city)*:   or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/2462363

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                               (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☑ On behalf of *(specify):* **COUNTY OF RIVERSIDE**
   under the following Code of Civil Procedure section:

   ☐ 416.10 (corporation)                           ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)                 ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)        ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)                           ☐ 415.46 (occupant)
                                                                           ☐ other: **FRCP 4(i)(2)**

7. **Person who served papers**
   a. Name: **Justin McIntosh - Ace Attorney Service, Inc.**
   b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**
   c. Telephone number: **(213) 623-3979**
   d. **The fee** for service was: **$ 94.74**
   e. I am:
     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☑ registered California process server:
        (i) ☐ owner     ☑ employee     ☐ independent contractor.
        (ii) Registration No.: **3006**
        (iii) County: **ORANGE**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **6/27/2025**

          **Justin McIntosh**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)       ▶ *(Signature - Per CC §1633.7)*