1  Eugene P. Ramirez (State Bar No. 134865)
     *eugene.ramirez@manningkass.com*
2  Kayleigh Andersen (State Bar No. 306442)
     *kayleigh.andersen@manningkass.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
6
7  Attorneys for Defendants, COUNTY OF RIVERSIDE and MARTIN HUIZAR

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| ADELE SHIREY; and DESTINY SHIREY, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF RIVERSIDE; MARTIN JUIZAR; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:25-cv-01541-DMG-Ex <br><br> **DEFENDANTS COUNTY OF RIVERSIDE AND MARTIN HUIZAR'S NOTICE OF INTERESTED PARTIES** <br><br> Action Filed: 06/20/2025 <br> Trial Date: N/A |

The undersigned, counsel of record for Defendants COUNTY OF RIVERSIDE and MARTIN HUIZAR ("Defendants") certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Name | Connection or Interest |
|---|---|
| Adele Shirey | Plaintiff |
| Destiny Shirey | Plaintiff |
| County of Riverside | Public Entity Defendant |
| Martin Huizar | Defendant |

---

**DEFENDANTS COUNTY OF RIVERSIDE AND MARTIN HUIZAR'S NOTICE OF INTERESTED PARTIES**

1  DATED: July 10, 2025         **MANNING & KASS**
2                                **ELLROD, RAMIREZ, TRESTER LLP**
3
4                              By: _____/s/ Kayleigh Andersen_____
5                                  Eugene P. Ramirez
6                                  Kayleigh Andersen
                                   Attorneys for Defendants, COUNTY OF
7                                  RIVERSIDE and MARTIN HUIZAR
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DEFENDANTS COUNTY OF RIVERSIDE AND MARTIN HUIZAR'S NOTICE OF INTERESTED PARTIES**