Name, Address and Telephone Number of Attorney(s):

Law Offices of Dale K. Galipo
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
(818) 347-3333

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELE SHIREY; and DESTINY SHIREY,<br><br>v.<br>Plaintiff(s)<br><br>COUNTY OF RIVERSIDE; MARTIN HUIZAR; and DOES 1-10, inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>5:25-cv-01541-DMG-E<br><br>**REQUEST:<br>ADR PROCEDURE SELECTION** |

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the
  ☐ magistrate judge assigned to the case *or* ☐ or any active magistrate judge.
  for such settlement proceedings as the judge may conduct or direct.

☐ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

☒ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: September 9, 2025        /s/ Benjamin S. Levine

                                Attorney for Plaintiff  All Plaintiffs

Dated: _____              _____

                                Attorney for Plaintiff

Dated: September 10, 2025       /s/ Kayleigh Andersen

                                Attorney for Defendant  All Defendants

Dated: _____              _____

                                Attorney for Defendant

NOTE:  If additional signatures are required, attach an additional page to this request.