UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELE SHIREY; and DESTINY SHIREY,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE; MARTIN HUIZAR; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. ED CV 25-1541-DMG (Ex)<br><br>**ORDER APPROVING JOINT STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT [22]** |

**GOOD CAUSE APPEARING,** the parties' stipulation [Doc. # 22] is **APPROVED** and Plaintiffs are granted leave to file the First Amended Complaint attached to the stipulation [Doc. # 22-2].

Plaintiffs shall file the First Amended Complaint separately on the docket within seven (7) court days from the date of this Order. Defendants' responsive pleading shall be due twenty-one (21) days after the filing and service of the First Amended Complaint.

**IT IS SO ORDERED.**

DATED: October 7, 2025

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE