POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Dale K. Galipo (SBN 144074); Benajmin S. Levinee (SBN 342060) <br> LAW OFFICES OF DALE K. GALIPO <br> 21800 Burbank Boulevard, Suite 310 Woodland Hills, CA 91367 <br> TELEPHONE NO.: (818) 347-3333 | FAX NO. | E-MAIL ADDRESS <br> ATTORNEY FOR *(Name)*: Plaintiffs: | FOR COURT USE ONLY |
|---|---|

**UNITED STATES DISTRICT COURT**
STREET ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME: **CENTRAL DISTRICT OF CALIFORNIA**

PLAINTIFF/PETITIONER: ADELE SHIREY; et al.
DEFENDANT/RESPONDENT: COUNTY OF RIVERSIDE; et al.

CASE NUMBER: 5:25-cv-01541-DMG-E

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 2508969CE

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **SUMMONS IN A CIVIL ACTION ON FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT; CIVIL COVER SHEET; INITIAL STANDING ORDER; NOTICE TO PARTIES OFCOURT-DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**
3. a. Party served *(specify name of party as shown on documents served)*:
   **SON LY**
   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Maria Diaz, Records Clerk, Authorized person to accept service of process on behalf of SON LY**
4. Address where the party was served: **4095 Lemon Street**
   **Riverside, CA 92501**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **10/24/2025** (2) at *(time)*: **10:27 AM**
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/2508969

| | |
|---|---|
| Plaintiff: ABELE-SHIREY; et al.<br>Defendant: COUNTY OF RIVERSIDE; et al. | CASE NUMBER:<br>5:25-cv-01541-DMG-E |

  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:                                   (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

       ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☑ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify)*: **INDIVIDUAL**
      under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)                      ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)              ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)                      ☐ 415.46 (occupant)
                                                            ☑ other: **FRCP 4(e)(2)(A)**

7. **Person who served papers**
  a. Name: **Jesse Mendez - Ace Attorney Service, Inc.**
  b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**
  c. Telephone number: **(213) 623-3979**
  d. **The fee** for service was: **$ 43.00**
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
        (i) ☐ owner      ☑ employee      ☐ independent contractor.
        (ii) Registration No.: **PS-002133**
        (iii) County: **RIVERSIDE**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **10/28/2025**

                    **Jesse Mendez**                         ▶                                
    (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)              (Signature - Per CC §1633.7)