Eugene P. Ramirez (State Bar No. 134865)
 *eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
 *kayleigh.andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF RIVERSIDE, MARTIN HUIZAR, JARED ANDERSON, JACOB FONTANA, and SON LY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELE SHIREY; and DESTINY SHIREY,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE; MARTIN JUIZAR; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-01541-DMG-Ex<br><br>**DEFENDANTS' NOTICE OF INTERESTED PARTIES**<br><br>Action Filed:  06/20/2025<br>Trial Date:      N/A |

The undersigned, counsel of record for Defendants COUNTY OF RIVERSIDE, MARTIN HUIZAR, JARED ANDERSON, JACOB FONTANA, and SON LY ("Defendants") certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Name | Connection or Interest |
|---|---|
| Adele Shirey | Plaintiff |
| Destiny Shirey | Plaintiff |
| County of Riverside | Public Entity Defendant |

| | | |
|---|---|---|
| 1 | Martin Huizar | Defendant |
| 2 | Jared Anderson | Defendant |
| 3 | Jacob Fontana | Defendant |
| 4 | Son Ly | Defendant |

DATED:  November 10, 2025

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**


By:       /s/ Kayleigh Andersen
           Eugene P. Ramirez
           Kayleigh Andersen
           Attorneys for Defendants, COUNTY OF RIVERSIDE, et al.