**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELE SHIREY; and DESTINY SHIREY, | Case No. 5:25-cv-01541-DMG-E |
| Plaintiffs, | *District Judge Dolly M. Gee* |
| v. | **STIPULATION AND JOINT REQUEST TO CONTINUE DEADLINE TO DISMISS ACTION** |
| COUNTY OF RIVERSIDE; MARTIN HUIZAR; JARED ANDERSON; JACOB FONTANA; SON LY; and DOES 4 through 10, inclusive, | [*Proposed Order* filed concurrently herewith] |
| Defendants. | |

1

STIPULATION AND JOINT REQUEST TO CONTINUE DEADLINE TO DISMISS ACTION

**TO THIS HONORABLE COURT:**

Plaintiffs, Adele Shirey and Destiny Shirey, and Defendants, County of Riverside, Martin Huizar, Jared Anderson, Jacob Fontana, and Son Ly—the parties to this action—by and through their respective attorneys of record, hereby provide the following status update regarding the completion of the settlement of this action and stipulation seeking additional time to complete all settlement terms before filing dismissal documents.

On January 26, 2026, the parties filed a notice of conditional settlement informing the Court that this action had conditionally settled in its entirety, subject to the approval of the County of Riverside, and requesting that the Court vacate all remaining dates and deadlines in the action. [Dkt. 35.] The parties advised that finalization of the settlement was expected to occur within 90 days, and that, following approval of the settlement and within 14 days of Plaintiffs' subsequent receipt of the settlement funds, the parties would file a joint stipulation for the dismissal of the entire action with prejudice. [*Id.*] On January 26, 2026, the Court issued an order placing the action in inactive status, vacating all current deadlines and hearing dates, and imposing a deadline of April 27, 2026, for the parties to "file either (1) a stipulation and proposed order for dismissal of the action or judgment, or (2) a motion to reopen if settlement has not been consummated." [Dkt. 36.]

Plaintiffs' counsel were recently informed that the settlement of this action was approved by the County of Riverside. However, Plaintiffs' counsel have not yet received the settlement funds. Defendants estimate that the settlement funds will be issued to Plaintiffs' counsel by the County of Riverside within 30 days of this filing.

Accordingly, to allow time for the terms of the settlement of this action to be completed before dismissal documents are filed, and to allow the previously referenced 14 days for the filing of a joint stipulation to dismiss this action following Plaintiffs' receipt of the settlement funds, the parties hereby stipulate and respectfully request that the Court continue the current deadline to file dispositional documents or

STIPULATION AND JOINT REQUEST TO CONTINUE DEADLINE TO DISMISS ACTION

move to reopen by 44 days, to June 10, 2026.

Respectfully submitted,

DATED: April 27, 2026                **LAW OFFICES OF DALE K. GALIPO**

By:    _____/s/ Benjamin S. Levine_____
       Dale K. Galipo
       Benjamin S. Levine[1]
       *Attorneys for Plaintiffs*

DATED: April 27, 2026                **MANNING & KASS**
                                     **ELLROD, RAMIREZ, TRESTER LLP**

By:    _____/s/ Kayleigh Andersen_____
       Eugene P. Ramirez
       Kayleigh Andersen
       *Attorneys for Defendants County of*
       *Riverside, Martin Huizar, Jared*
       *Anderson, Jacob Fontana, and Son Ly*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

STIPULATION AND JOINT REQUEST TO CONTINUE DEADLINE TO DISMISS ACTION