UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELE SHIREY; and DESTINY SHIREY,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE; MARTIN HUIZAR; JARED ANDERSON; JACOB FONTANA; SON LY; and DOES 4 through 10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-01541-DMG-E<br><br>**[PROPOSED] ORDER CONTINUING DEADLINE TO DISMISS ACTION** |

1

## [PROPOSED] ORDER

Having reviewed the parties' stipulation and request to continue the deadline to file dispositional documents in this action or move to reopen, and good cause appearing, the parties' request is **GRANTED**.

The deadline to file dispositional documents in this action is hereby **CONTINUED** to June 10, 2026.

IT IS SO ORDERED.

Dated:

_____
DOLLY M. GEE
United States District Judge