UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ADELE SHIREY; and DESTINY
SHIREY,

          Plaintiffs,

     v.

COUNTY OF RIVERSIDE; MARTIN
HUIZAR; JARED ANDERSON;
JACOB FONTANA; SON LY; and
DOES 4 through 10, inclusive,

          Defendants.

No. ED CV 25-1541-DMG (Ex)

**ORDER CONTINUING DEADLINE
TO DISMISS ACTION [37]**

1

Having reviewed the parties' stipulation and request to continue the deadline to file dispositional documents in this action or move to reopen, and good cause appearing, the parties' stipulation is **APPROVED**.  [Doc. # 37.]

The deadline for the parties to file either (1) a stipulation and proposed order for dismissal of the action or judgment, or (2) a motion to reopen if settlement has not been consummated is hereby **CONTINUED** *nunc pro tunc* from April 27, 2026 to June 10, 2026.  Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of June 11, 2026.

**IT IS SO ORDERED.**

DATED:  April, 28 2026

_____
DOLLY M. GEE
Chief United States District Judge