**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118
*Attorneys for Plaintiffs*

Eugene P. Ramirez (SBN 134865)
epr@manningllp.com
Kayleigh Andersen (SBN 306442)
kaa@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor,
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELE SHIREY; and DESTINY SHIREY, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF RIVERSIDE; MARTIN HUIZAR; JARED ANDERSON; JACOB FONTANA; SON LY; and DOES 4 through 10, inclusive, <br><br> Defendants. | Case No. 5:25-cv-01541-DMG-E <br><br> *District Judge Dolly M. Gee* <br><br> **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** <br><br> [Fed. R. Civ. P. 41(a)(1)(A)(ii)] <br><br> *[Proposed] Order submitted concurrently herewith.* |

IT IS HEREBY STIPULATED by and between Plaintiffs ADELE SHIREY and DESTINY SHIREY ("Plaintiffs") and Defendants COUNTY OF RIVERSIDE, MARTIN HUIZAR, JARED ANDERSON, JACOB FONTANA, and SON LY ("Defendants"), by and through their respective attorneys of record, that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). The parties further stipulate and respectfully request that the Court vacate all currently scheduled dates and deadlines in this action.

Respectfully submitted,

Dated: June 8, 2026        LAW OFFICES OF DALE K. GALIPO

By     */s/ Benjamin S. Levine*
       DALE K. GALIPO
       BENJAMIN S. LEVINE[1]
       Attorneys for Plaintiffs

Dated: June 8, 2026        MANNING & KASS
                           ELLROD, RAMIREZ, TRESTER LLP

By     */s/ Kayleigh Andersen*
       EUGENE P. RAMIREZ
       KAYLEIGH ANDERSEN
       Attorneys for Defendants

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2
STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE