# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ADELE SHIREY; and DESTINY SHIREY,

Plaintiffs,

v.

COUNTY OF RIVERSIDE; MARTIN HUIZAR; JARED ANDERSON; JACOB FONTANA; SON LY; and DOES 4 through 10, inclusive,

Defendants.

Case No. 5:25-cv-01541-DMG-E

**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

1

**[PROPOSED] ORDER**

Pursuant to the stipulation by and between the parties, through their respective attorneys of record, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS FURTHER ORDERED that all previously scheduled dates and deadlines in this action are VACATED.

DATED: _____          _____

HONORABLE DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE

2