**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADELE SHIREY; and DESTINY SHIREY, | Case No. ED CV 25-1541-DMG (Ex) |
| Plaintiffs, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [39]** |
| v. | |
| COUNTY OF RIVERSIDE; MARTIN HUIZAR; JARED ANDERSON; JACOB FONTANA; SON LY; and DOES 4 through 10, inclusive, | |
| Defendants. | |

1

Pursuant to the stipulation by and between the parties, through their respective attorneys of record, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS FURTHER ORDERED that all previously scheduled dates and deadlines in this action are VACATED.

DATED:  June 9, 2026

_____
DOLLY M. GEE
Chief United States District Judge

2